UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KING SANDI AMIR EL | CIVIL ACTION |
| VERSUS | NO. 15-2861 c/w 15-4902 |
| GLADYS CARRION ET AL. | SECTION A(5) |

# ORDER

Before the Court is a **Motion to Dismiss (Rec. Doc. 54)** filed by Plaintiff.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that these consolidated matters are **DISMISSED** against all defendants.[1]

April 28, 2016

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff's motion refers only to 15-2861, the Court assumes that Plaintiff intends to dismiss both consolidated matters, as the allegations in these complaints appear very similar.